IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

AURELIO SIERRA MANZANO,

    Petitioner,

vs.                                    CIVIL ACTION NO.: CV205-170

JOSE M. VAZQUEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner Aurelio Sierra Manzano ("Manzano") filed Objections. In his Objections, Manzano asserts that his sentence violates the Fifth Amendment's Due Process Clause and exceeds the Court's statutory authority. Manzano contends that the manner of his sentence's execution provides him the right to seek relief under 28 U.S.C. § 2241. Manzano reasserts that the Judge exceeded his authority by increasing his sentence using the preponderance of the evidence standard.

Manzano's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Manzano's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 3rd day of Feb., 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)