U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
10:20 A.M.
3-24 20 06

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

AURELIO SIERRA MANZANO              :

VS                                  :    CV205-170
                                         Appeal No. 06-11254-G
WARDEN JOSE M. VASQUEZ              :

# ORDER

The Court of Appeals has dismissed this case for want of prosecution because appellant has failed to pay the $250 docketing and $5 filing fees within the time fixed by the United States Court of Appeals,

IT IS HEREBY ORDERED that the order of the Eleventh Circuit Court of Appeals is made the order of this Court.

This ___24___ day of March, 2006.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA